IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CILICIA DELAFUENTE ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-03172-AT |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Now come plaintiff CILICIA DELAFUENTE and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, and give notice that the parties have reached an agreement to settle this matter. Once the settlement has been consummated the parties intend to file a stipulation of dismissal with the Court.

Respectfully Submitted this  6th  day of June, 2018.

*[signatures on following page]*

| | |
|---|---|
| *s/H. Sanders Carter, Jr.* | *s/Heather K. Karrh* |
| H. Sanders Carter, Jr. | Heather K. Karrh |
| Georgia Bar No. 114100 | Ga. State Bar No. 408379 |
| *s/Andrea K. Cataland* | Attorney for Plaintiff |
| Andrea K. Cataland | |
| Georgia Bar No. 116282 | ROGERS, HOFRICHTER & KARRH, LLC |
| Attorneys for Defendant | 225 S. Glynn Street, Suite A |
| Attorneys for Defendant | Fayetteville, GA 30214 |
| | (770)460-1118 (*Telephone)* |
| SMITH MOORE LEATHERWOOD LLP | (770)460-1920 (*Facsimile)* |
| 1180 West Peachtree Street | hkarrh@rhkpc.com |
| Suite 2300 | |
| Atlanta, GA 30309 | |
| (404)962-1000 (*Telephone*) | |
| (404)962-1200 (*Facsimile*) | |
| sanders.carter@smithmoorelaw.com | |
| andrea.cataland@smithmoorelaw.com | |